Justin G. Randall, Esq.
Nevada Bar No. 12476
LERNER & ROWE INJURY ATTORNEYS
4795 So. Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile: (702) 933-6309
Email: jrandall@lernerandrowe.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| LUWANNA HOOPER-CRUM, individually; | CASE NO. 2:20-cv-00019-KJD-VCF |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING BRIEFING DEADLINE ON DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STRIKE FOR A MORE DEFINITE STATEMENT** |
| v. | |
| GEICO CASUALTY COMPANY; DOES I – X; and ROE CORPORATIONS I - X, inclusive, | |
| Defendants. | **(FIRST REQUEST)** |

  Defendant Geico Casualty Company filed its Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith on January 13, 2020 (Docket #6 & #7). Plaintiff Luwanna Hooper-Crum's response to Defendant's Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith is currently due January 27, 2020.

  Plaintiff Luwanna Hooper-Crum, through her counsel of record, Justin G. Randall, Esq., of Lerner & Rowe Injury Attorneys, and Defendant Geico Casualty Company, through its counsel of record Wade M. Hansard, Esq., Jonathan W. Carlson, Esq., and Renee M. Maxfield, Esq., of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, stipulate and agree, that:

. . .

. . .

. . .

. . .

. . .

1

Plaintiff Luwanna Hooper-Crum shall have up to and including February 10, 2020, to file and serve her response to Defendant's Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith (Dockets 6 & 7), and any timing for any reply thereafter will be determined by the Local District Court Rules.

| LERNER & ROWE INJURY ATTORNEYS | McCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP |
|---|---|
| By: /s/ Justin G. Randall<br>Justin G. Randall, Esq.<br>Nevada Bar No. 12476<br>4795 South Durango Drive<br>Las Vegas, Nevada 89147<br>Attorneys for Plaintiff | By: /s/ Jonathan Carlon<br>Wade M. Hansard, Esq.<br>Nevada Bar No. 8104<br>Jonathan W. Carlson, Esq.<br>Nevada Bar No. 10536<br>Renee M. Maxfield, Esq.<br>Nevada Bar No. 12814<br>8337 West Sunset Road, Suite 350<br>Las Vegas, Nevada 89113<br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED that Plaintiff Luwanna Hooper-Crum shall have up to and including February 10, 2020, to file and serve his response to Defendant's Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith (Dockets 6 & 7), and any timing for any reply thereafter will be determined by the Local District Court Rules.

Dated: 1/24/2020

_____
UNITED STATES DISTRICT COURT JUDGE