McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Renee M. Maxfield
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Government Employees Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUWANNA HOOPER-CRUM, individually;<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00019-KJD-VCF<br><br>**STIPULATION AND ORDER TO STAY LITIGATION, AND TO DISMISS EXTRA-CONTRACTUAL CAUSES OF ACTION** |

Plaintiff, Luwanna Hooper-Crum, and Defendant Government Employees Insurance Company ("GEICO") , hereinafter collectively referred to as "the Parties" hereby stipulate to the following and move the Court accordingly:

1.    The parties have entered into an Agreement to have the contractual benefits determined through private binding arbitration.

2.    To effectuate the Agreement, the Parties agree and stipulate that this proceeding be stayed to allow the Parties to conclusively determine the value of Plaintiff's personal injury claims and, accordingly, the extent of her entitlement to contractual benefits.

3. As part of the Parties' Binding Arbitration Agreement, Plaintiff agrees and hereby requests the Court dismiss the second through fourth cause of action in her Complaint with prejudice.

4. It is the intent of the Parties that the Court retain its jurisdiction so as to be able to confirm the award as a judgment.

**IT IS SO MOVED AND STIPULATED:**

DATED this 27th day of February, 2020

LERNER & ROWE INJURY ATTORNEYS

By    /s/ *Justin G. Randall*
Justin G. Randall, Nevada Bar No. 12476
4795 South Durango Drive
Las Vegas, Nevada 89147
Tel. (702) 877-1500

Attorneys for Luwanna Hooper-Crum

DATED this 27th day of February, 2020

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By    /s/ *Jonathan W. Carlson*
Wade M. Hansard, Nevada Bar No. 8104
Jonathan W. Carlson, Nevada Bar No. 10536
Renee M. Maxfield, Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Government Employees Insurance Company

**ORDER**

**IT IS SO ORDERED.**

DATED this 27 day of February, 2020

By    [signature]
Kent J. Dawson, U.S. District Judge

6625646.1

2     2:20-cv-00019-KJD-VCF

STIPULATION AND ORDER TO STAY LITIGATION, AND TO DISMISS EXTRA-CONTRACTUAL CAUSES OF ACTION