McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
 *jonathan.carlson@mccormickbarstow.com*
Frank A. Toddre, II
Nevada Bar No. 11474
 *frank.toddre@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GOVERNMENT EMPLOYEES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUWANNA HOOPER-CRUM, individually;<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00019-KJD-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice and that all pending motions with the Court are withdrawn as moot.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Re: <u>Luwanna Hooper-Crum v. Government Employees Insurance Company, et al.</u>
Case No. 2:20-cv-00019-KJD-VCF

Each party will bear their own costs and attorneys' fees.

DATED this 3rd day of February, 2022

By _____
Justin G. Randall, Esq., NV Bar No. 12476
ER INJURY ATTORNEYS
4795 S. Durango Drive
Las Vegas, NV 89147
Tel.: (702) 877-1500
Attorneys for Plaintiff

DATED this 8th day of February, 2022

By _____
Jonathan W. Carlson, Esq., NV Bar No. 10536
Frank A Toddre, II, Esq., NV Bar No. 11474
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100
Attorneys for Defendant GOVERNMENT
EMPLOYEES INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

DATED this 8th day of February, 2022.

_____
U.S. DISTRICT COURT JUDGE

8164353.1

2    Case No. 2:20-cv-00019-KJD-VCF
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE